**Rice, Gregory F.**

| | |
|---|---|
| **From:** | Andy Karuza [andy.karuza@gmail.com] |
| **Sent:** | Wednesday, December 03, 2014 3:49 PM |
| **To:** | Rice, Gregory F. |
| **Subject:** | Fwd: Your Black Tie Gala Invitation |
| **Attachments:** | Your_Black_Tie_Gala_Invitation-3.pdf |

Looks like he actually called me first, then emailed. I can send some more stuff over the next few days. I'll package it nicely. Just wanted to get you a few of the most key pieces sooner than later. I'm not sure about that Kim lady, but she seemed a little fishy too. I'll talk to my friend Maile and see what the deal is with that individual.

--------- Forwarded message ----------
From: **Thejazzforlife** <thejazzforlife@aol.com>
Date: Thu, Jan 20, 2011 at 2:41 PM
Subject: Your Black Tie Gala Invitation
To: andy.karuza@gmail.com

Hello Andy,

It was such a pleasure speaking with you! Here's the info that i promised you!

Look forward to hearing from you.

Thanks,

Larry Toye
Marketing
The Jazz for Life Foundation
301-408-1381
thejazzforlife@aol.com

# THE JAZZ FOR LIFE FOUNDATION

**"Conquering Cancer With Every Note"**

Dear Friends,

Some of you may know that I lost both of my parents to Cancer some years

1

GOVERNMENT
EXHIBIT
1
CR 14-28-BU-DLC

LABELS 800/783-5279

ago. As a result of my own personal loss, I founded the Jazz for Life Foundation.

It seems as though everyone has been touched by this horrible disease. We know that cancer knows no boundaries. I have made Cancer Research and the quest to find a cure my primary platform.

I've been blessed with a successful career in the music industry. This has allowed me to use my celebrity influence and talents to bring attention to this devastating illness.

I'm very pleased to announce that The American Cancer Society and The Jazz For Life Foundation have partnered for a Black Tie Gala Fundraiser. The event will be held at The W Hotel Seattle, WA on February 19, 2011. I will be performing a special tribute for Academy Award Winning Actor Michael Douglas. There will be a number of celebrities and is sure to be an evening to remember. The week leading up to the Gala will also be filled with activities and events that will bring awareness to this issue as we work toward finding a cure for Cancer.

Please join me and the Jazz for Life Foundation to raise donations for the American Cancer Society.

Attached you will find your personal invitation to the Gala, as well as a donation /contribution form, the proceeds will benefit the American Cancer Society.

Tax receipts are available upon request.

For your convenience donations can be made directly on website.

Visit our website at  http://www.skijohnson.us/thejazzforlifefund.html

With humble thanks,

Ski Johnson
Founder
The Jazz For Life Foundation

USAO-002264



Verizon
Legal Compliance

April 11, 2014

Legal Compliance
TXD01613
2701 S. Johnson St.
San Angelo, TX 76904
Voice: 888-483-2600
Fax 325-949-6916

Re: United States District Court, for the District of Montana, Grand Jury Subpoena No.: GJ-13-GF-147, Dated April 7, 2014 (Verizon Case: 14135127)

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

108.18.237.177 on the dates and times requested.

**Subscriber Information**
VOL Account Number:   0108333848354
Customer Name:        DONALD JOHNSON
Account Address:      10301 NAGLEE RD
                      SILVER SPRING, MD 209030000
Daytime TN:           2027870173
Evening TN:           2027870173
Fax Number:           5454565656
Service VV –          3014081381
Service VV -          3014081519
EMail:                skijohnson@gmail.com

| Type | User ID | User Name |
|------|---------|-----------|
| Primary | vze16mmtm | skijohnson1 |

********************************END OF RECORDS********************************

GOVERNMENT
EXHIBIT
2
CR 14-28-BU-DLC

X V D R 03 3 4 3 5 5



VERIZON LEGAL COMPLIANCE
P O BOX 1001
SAN ANGELO TX 76902
Phone: 888-483-2600 Fax:325-949-6916

April 11, 2014

US ATTORNEY HELENA
901 FRONT ST STE 1100
HELENA MT 59626

Re: United States District Court, for the District of Montana, Grand Jury Subpoena No.: GJ-13-GF-147, Dated April 7, 2014 (Verizon Case: 14135127)

**Verizon Case #: 14135127**
**Docket / File #: GJ-13-GF-147**

STATE OF VIRGINIA)

ss:

COUNTY OF LOUDOUN)

I, REX LOONEY, being duly sworn, depose and say:

1. I am the custodian of records for Verizon, and in that capacity, I certify that the attached <u>1</u> pages of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business
2. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

REX LOONEY
CSLT-NETWORK OPERATIONS
Verizon Legal Compliance

4/11/2014

X V D R 03 3 4 3 5 6

Thanks!

Lie Shia

**From:** thejazzforlife@aol.com [mailto:thejazzforlife@aol.com]
**Sent:** Thursday, January 27, 2011 10:30 AM
**To:** Lie Shia Ong (Aquent LLC)

**Subject:** Re: MSN and Michael Douglas

Yes, that sounds great! Their will be host celebs their from grammy award winners ect.. I will see who is available.

Thanks,

Larry Toye
Marketing
The Jazz for life Foundation
301-408-1381
thejazzforlife@aol.com

Sent on the Sprint® Now Network from my BlackBerry®

**From:** "Lie Shia Ong (Aquent LLC)" <a-lieong@microsoft.com>

**Date:** Thu, 27 Jan 2011 18:18:59 +0000

**To:** Andy Karuza<andy.karuza@gmail.com>; Thejazzforlife<thejazzforlife@aol.com>

**Subject:** RE: MSN and Michael Douglas

Hi Larry,

Nice to meet you. Andy, thanks for the introductions.



GOVERNMENT
EXHIBIT
3
CR 14-28-BU-DLC

2

USAO-002274

As Andy mentioned, I'm a producer for MSN.com specifically for the Mom & Pop Culture page (http://tv.msn.com/mom-pop-culture/) –a page where parents can read about the latest happenings in entertainment that affect them and their children.

I often do interviews with celebrities about their show—or about their life story—and feature them on the Mom & Pop Culture page.

I am hoping that Michael Douglas and/or James Earl Jones would be available for a quick sit-down the night of the event so that I could write up a feature on them.

Any help you can offer would be wonderful.

Thank you!


**Lie Shia Ong** (pronounced like Alicia without the A in front)

msn Entertainment | Producer. TV Team


One Microsoft Way | The Bravern | Building 2 | 9129

Redmond, WA 98052

---

**From:** Andy Karuza [mailto:andy.karuza@gmail.com]
**Sent:** Thursday, January 27, 2011 2:13 AM
**To:** Thejazzforlife
**Cc:** Lie Shia Ong (Aquent LLC)
**Subject:** Fwd: MSN and Michael Douglas

**USAO-002275**

Larry,

My friend Lie is interested in interviewing James Earl Jones or Michael Douglas.

Lie,

Meet Mr. Larrry Toye, he is the marketing director with The Jazz For Life Foundation whom is putting on the event at the W hotel. Would you mind letting him know more about what you had in mind. I'm excited to see a great collaboration here between a great local brand and an event with a good cause that is special to the area of Seattle.

--
Andy Karuza | Karuza & Koh | Partner |

http://www.facebook.com/andy.karuza

http://www.twitter.com/andykaruza

--
Andy Karuza | Karuza & Koh | Partner |

http://www.facebook.com/andy.karuza

http://www.twitter.com/andykaruza

USAO-002276



Black Tie Gala Fundraiser

It is with great honor that the
Grand Hyatt Seattle presents an evening with
3-Time Grammy Nominated Jazz Artist

Ski Johnson

Special Guests | *Actor Michael Douglas, Actor James Earl
Jones, NFL Seattle Seahawks and other guests*

Proceeds Benefit | *the jazz for Life Foundation For
Cancer Research American Cancer Society*

RSVP | *thejazzforlife@aol.com*

721 Pine Street | Seattle, WA 98101 | (206) 774-1234
7PM ~ Cocktails | 8PM ~ Hors d'oeuvres

USAO-002285

GOVERNMENT
EXHIBIT
5
CR 14-28-BU-DLC



*Andy, good news kathi goertzen is on board 100 percent!! You did it my friend! Her commuication director sena a email a few mins ago and is excited!

Said

Kathy. May have surgery incision a few days, but see I'd well enough to make at any rate will work with us!!!!

ck Number: 2027870173

KOMO
4
NEWS

GOVERNMENT
EXHIBIT

6

CR 14-28-BU-DLC

CANDELS 800/788-0369

**Barry, Lauryn**

| | |
|---|---|
| **From:** | Kevin Wright [wideawakerecord@aol.com] |
| **Sent:** | Monday, November 28, 2011 11:06 AM |
| **To:** | Barry, Lauryn |
| **Cc:** | Rautbord, Vicki |
| **Subject:** | Auction for Grammys |

Hello,

3 Time Grammy nominated and #1 Billboard Jazz artist <u>Ski Johnson</u>.
<u>Ski Johnson</u> new single the "New Jazz Joint" is being considered for Grammys in the Following categories:
**Record of the Year, Best R&B Performance, Best Pop instrumental Solo, Best Jazz instrumental Solo** and **Best Vocal Arrangement** at the **2012 Grammys.** His latest Video **"**<u>The New Jazz Joint</u>**"** just debut on **MTV** last month.

We wanted to know would you guys be interested in auctioning Grammy tickets?

Please let us know.


Best,


Kevin Wright
Marketing
Wide-A-Wake Records
<u>wideawakerecord@aol</u>

1



GOVERNMENT
EXHIBIT

8

CR 14-28-BU-DLC

CANDELS 800-788-6278

USAO-000323

**Barry, Lauryn**

| | |
|---|---|
| **From:** | Kevin Wright [thejazzforlife@aol.com] |
| **Sent:** | Tuesday, December 27, 2011 11:37 AM |
| **To:** | Barry, Lauryn |
| **Subject:** | The jazz for Life Letter |

# THE JAZZ FOR LIFE FOUNDATION

## "Conquering Cancer with Every Note"

To Whom it may Concern,

The Jazz for life Foundation has donated 2 Grammy Tickets to the Hospice Pro-Am Celebrity Golf Tournament for Auction.
The 2012 Grammys

Best,

Kevin Wright
The Jazz for Life Foundation
thejazzforlife@aol.com

1



GOVERNMENT
EXHIBIT

9

CR 14-28-BU-DLC

**USAO-000322**



THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

Hospice of
Palm Beach County
FOUNDATION

5300 East Avenue
West Palm Beach, FL 33407

Branch Banking & Trust Company
2000 Palm Beach Lakes Blvd
Suite 101
West Palm Beach, FL 33409

010446

63-9138/2631

| | **DATE** | **AMOUNT** |
|---|---|---|
| Pay  Five Thousand Five Hundred Dollars and 00 Cents | Dec 30, 2011 | $5,500.00 |

Void After 90 Days

to the Order of:

Jazz for Life Foundation

10301 Naglee Road
Silver Spring, MD 20903

HEAT SENSITIVE
RUB AREA TO VERIFY

⑃010446⑃ ⑃▮▮▮▮▮▮▮1387⑃▮▮▮▮▮▮▮2772⑃

---

Hospice of Palm Beach County Foundation

To:   Jazz for Life Foundation          JAZZ001

Check Number:          010446
Date:                       12/30/2011

| Invoice Number | Date | Description | Gross | Net Check Amt |
|---|---|---|---|---|
| 122911 | 12/29/2011 | Grammy Tbx-Portion of Proceeds | $5,500.00 | $5,500.00 |
| | | TOTALS: | $5,500.00 | $5,500.00 |

GOVERNMENT
EXHIBIT
10
CR 14-28-BU-DLC

USAO-000319

**Barry, Lauryn**

| | |
|---|---|
| **From:** | wideawakerecord@aol.com |
| **Sent:** | Saturday, February 11, 2012 11:59 AM |
| **To:** | Barry, Lauryn |
| **Subject:** | Re: Grammy information |

Aww....... I was just told that Ski Johnson ran into beth and trying to get her into the clive davis party and play mansion party
Sent on the Sprint® Now Network from my BlackBerry®

---

**From:** "Barry, Lauryn" <lbarry@hpbcf.org>
**Date:** Sat, 11 Feb 2012 16:50:29 +0000
**To:** wideawakerecord@aol.com<wideawakerecord@aol.com>
**Subject:** Re: Grammy information

Kevin,  thanks so much for the follow up.  I am so jealous of you all out there.  Enjoy!

Lauryn

*Sent from my Motorola Smartphone on the Now Network from Sprint!*


-----Original message-----
**From:** "wideawakerecord@aol.com" <wideawakerecord@aol.com>
**To:** "Barry, Lauryn" <lbarry@hpbcf.org>
**Sent:** Sat, Feb 11, 2012 15:38:44 GMT+00:00
**Subject:** Re: Grammy information

Hello Lauryn,
They are all checked in to the hotel, I spoke beth!

All is good!


Thanks

Kevin
Sent on the Sprint® Now Network from my BlackBerry®

---

**From:** "Barry, Lauryn" <lbarry@hpbcf.org>
**Date:** Fri, 10 Feb 2012 19:35:07 +0000
**To:** 'Kevin Wright'<wideawakerecord@aol.com>
**Subject:** RE: Grammy information

Kevin,

That phone number goes straight to voicemail and there is no name.  Please call me ASAP to confirm hotel rooms et al as my people are en route to CA.  Thank you

1



GOVERNMENT
EXHIBIT
11
CR 14-28-BU-DLC

USAO-000312

**From:** "Barry, Lauryn" <lbarry@hpbcf.org>
**To:** "wideawakerecord@aol.com" <wideawakerecord@aol.com>
**Sent:** Sun, Feb 12, 2012 22:27:07 GMT+00:00
**Subject:** Re: Grammy information

I know your busy but when you have a chance please call me about this...

*Sent from my Motorola Smartphone on the Now Network from Sprint!*


-----Original message-----
**From:** "wideawakerecord@aol.com" <wideawakerecord@aol.com>
**To:** "Barry, Lauryn" <lbarry@hpbcf.org>
**Sent:** Sun, Feb 12, 2012 19:41:39 GMT+00:00
**Subject:** Re: Grammy information

Beth, your donor feel and broke her wrist and rush to the hospital.
Sent on the Sprint® Now Network from my BlackBerry®

---

**From:** "Barry, Lauryn" <lbarry@hpbcf.org>
**Date:** Sun, 12 Feb 2012 19:10:05 +0000
**To:** wideawakerecord@aol.com<wideawakerecord@aol.com>
**Subject:** Re: Grammy information

How is everything? What time is everyone meeting tonight to go?

*Sent from my Motorola Smartphone on the Now Network from Sprint!*


-----Original message-----
**From:** "wideawakerecord@aol.com" <wideawakerecord@aol.com>
**To:** "Barry, Lauryn" <lbarry@hpbcf.org>
**Sent:** Sun, Feb 12, 2012 04:29:29 GMT+00:00
**Subject:** Re: Grammy information

Thanks Lauryn,

Ski is very upset over the whole thing! I'm headed over to talk to him now, he does'nt want to do anything now, he's very upset....going to try to talk to him.

Thanks

Kevin

Sent on the Sprint® Now Network from my BlackBerry®

---

**From:** "Barry, Lauryn" <lbarry@hpbcf.org>
**Date:** Sun, 12 Feb 2012 04:08:30 +0000
**To:** wideawakerecord@aol.com<wideawakerecord@aol.com>
**Subject:** Re: Grammy information

Kevin

GOVERNMENT
EXHIBIT

12

CR 14-28-BU-DLC

GARDELS 800-783-0330

2

USAO-000309

**Barry, Lauryn**

| | |
|---|---|
| **From:** | wideawakerecord@aol.com |
| **Sent:** | Monday, February 13, 2012 4:44 PM |
| **To:** | Barry, Lauryn |
| **Cc:** | lyndapayton@hotmail.com |
| **Subject:** | Re: Grammy information |

Hello Lauryn,

Lynda Payton our Executive from Los Angeles will call in you in a few minutes.

Thanks

Kevin
Sent on the Sprint® Now Network from my BlackBerry®

**From:** "Barry, Lauryn" <lbarry@hpbcf.org>
**Date:** Mon, 13 Feb 2012 20:24:26 +0000
**To:** 'wideawakerecord@aol.com'<wideawakerecord@aol.com>
**Subject:** RE: Grammy information

I await your call.

**From:** wideawakerecord@aol.com [mailto:wideawakerecord@aol.com]
**Sent:** Monday, February 13, 2012 2:59 PM
**To:** Barry, Lauryn
**Subject:** Re: Grammy information

Lauryn,

Will call you shortly.

Thanks

Kevin
Sent on the Sprint® Now Network from my BlackBerry®

**From:** "Barry, Lauryn" <lbarry@hpbcf.org>
**Date:** Mon, 13 Feb 2012 01:59:09 +0000
**To:** wideawakerecord@aol.com<wideawakerecord@aol.com>
**Subject:** Re: Grammy information

I suggest you call me right. Now!

*Sent from my Motorola Smartphone on the Now Network from Sprint!*

-----Original message-----

GOVERNMENT
EXHIBIT
13
CR 14-28-BU-DLC
CARDELS 800-793-5051

1

**USAO-000308**

## Barry, Lauryn

| | |
|---|---|
| **From:** | Lynda Payton [lyndapayton@hotmail.com] |
| **Sent:** | Friday, February 17, 2012 12:41 PM |
| **To:** | Barry, Lauryn |
| **Subject:** | RE: Reimbursement for Grammy Tickets |

Lauryn.

In our original conversation, The Jazz For Life Foundation agreed to settle this matter provided that all partied involved including the recipients who were to receive the tickets, sign a nondisclosure / gag order prior to payment. Based on the communication we received from you regarding this matter, we have forwarded your communication to our attorney and are awaiting a response on how to proceed.

Lynda Payton
Executive Assistant
Jazz For Life Foundation

**562.686.1593 / 202.681.0459**

Please excuse type-os, brevity, and auto-corrects.

PRIVILEGED AND CONFIDENTIAL: This communication, including attachments, is for the exclusive use of the addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. Please notify the sender immediately by return email, delete this communication and destroy all copies.

---

From: lbarry@hpbcf.org
To: lbarry@hpbcf.org; lyndapayton@hotmail.com
Subject: RE: Reimbursement for Grammy Tickets
Date: Thu, 16 Feb 2012 15:57:15 +0000

Dear Lynda,

To follow up on my prior voicemail and email of Tuesday and Wednesday. We have not yet received any correspondence back from you or Jazz For Life. As per the messages, we are prepared to pursue any and all means legally and publically at our disposal by Friday afternoon if we do not have a resolution by such time. Thank you.

Sincerely,
Lauryn

---

**From:** Barry, Lauryn
**Sent:** Wednesday, February 15, 2012 9:26 AM
**To:** lyndapayton@hotmail.com
**Subject:** Reimbursement for Grammy Tickets

1



GOVERNMENT
EXHIBIT

14

CR 14-28-BU-DLC

USAO-000306

**Barry, Lauryn**

| | |
|---|---|
| **From:** | Barry, Lauryn |
| **Sent:** | Monday, February 20, 2012 10:04 AM |
| **To:** | Lynda Payton |
| **Subject:** | Fw: Reimbusement of Funds |

Please see below email from Mr. Greg Leach

*Sent from my Motorola Smartphone on the Now Network from Sprint!*


-----Original message-----
**From:** "Leach, Greg" <gleach@hpbcf.org>
**To:** "\"lyndapayton@hotmail.com\" [MAILTO" <lyndapayton@hotmail.com]>
**Cc:** "Barry, Lauryn" <lbarry@hpbcf.org>
**Sent:** Mon, Feb 20, 2012 15:02:40 GMT+00:00
**Subject:** Reimbusement of Funds

Ms. Payton,

Lauryn Barry forwarded your response to me regarding the reimbursement of the funds we provided to the Jazz for Life Foundation. As was discussed, Hospice of Palm Beach County Foundation will agree to a nondisclosure agreement "after" return of our funds. We agreed to provide this revenue sharing based on a contract that was not fulfilled. Should you delay or agree not to return funds immediately we will have no alternative but to refer to our legal team and all agreements for nondisclosure will be off the table.

This is not the method we wish to pursue but please understand we are forced to refunding the monies to our donor including all charges incurred inadvertently on her personal credit card with respect to the hotel. She has returned to Palm Beach and we will be refunding today. I can assure you we stand ready to proceed in this manner and will do so to the fullest extent.

I would hope your attorney can provide an answer today so we can resolve both expeditiously and quietly.


**Greg E. Leach**
President
Hospice of Palm Beach County Foundation
5300 East Avenue
West Palm Beach, FL 33407
Office - 561.494.6885
Cell - 561.324.1401
Fax-561.494.6889



www.hpbcf.org

*Please remember us in your estate plans*
Hospice of Palm Beach County Foundation
*For every community, and every family ... We're There*

 Please consider the environment before printing this e-mail



GOVERNMENT
EXHIBIT

15

CR 14-28-BU-DLC

1

USAO-000305

## Rice, Gregory F.

**From:** Jill Hardy [jhardy@all-aboard.com]
**Sent:** Friday, September 06, 2013 3:13 PM
**To:** Rice, Gregory F.
**Subject:** Fw: Celebrity Attendance Confirmation

Jill Hardy - All Aboard Travel
Business and Leisure Travel Specialist
(320) 983.5756
(320) 210.0277 FAX
jhardy@all-aboard.com
----- Original Message -----
**From:** Richard Simms
**To:** jhardy@all-aboard.com
**Sent:** Thursday, May 09, 2013 11:38 AM
**Subject:** Celebrity Attendance Confirmation

Hello Jill,

Great talking with you!

The purpose of the letter is to confirm that Celebrities <u>Ski Johnson</u> and <u>Trevor Holland</u> will attend the

**Kenny Easley / Greater Trinity Academy Celebrity Golf Tournament as Celebrity Guest!** Dates
July 10th-13th 2013. Fights and Accommodations will be

taken care by the host. If you having further questions or concerns please feel free to contact us.

Best,

Richard Simms
Marketing
Wide-A-Wake Records/Sony Music
301-408-1381
wideawakerecord@aol.com



GOVERNMENT
EXHIBIT
16
CR 14-28-BU-DLC

1

**USAO-000540**

## PAYPAL ACCOUNT 2943
### thejazzforlife@aol.com
## TRANSACTIONS SENT TO JAZZ FOR LIFE BANK ACCOUNT

| DATE | TOTAL PAYPAL SALE | REVERSED | DEPOSITED INTO SUNTRUST |
|---|---|---|---|
| 2/9/2011 | $5,100.00 | $0 | $5,100.00 |
| 2/10/2011 | $1,300.00 | $0 | $1,300.00 |
| 2/11/2011 | $1,300.00 | $0 | $1,300.00 |
| 2/13/2011 | $1,000.00 | $0 | $1,000.00 |
| 2/14/2011 | $600.00 | $0 | $600.00 |
| 2/15/2011 | $1,480.00 | $1,480.00 | $0 |
| 2/15/2011 | $674.57 | $674.57 | $0 |
| 2/15/2011 | 1,625.35 | $1,625.35 | $0 |
| 2/15/2011 | $747.27 | $747.27 | $0 |
| TOTALS | $13,827.19 | $4,527.19 | $9,300.00 |

GOVERNMENT
EXHIBIT
18
CR 14-28-BU-DLC

CARDELL 800-252-0293

TOTAL LOSS TO PAYPAL $9,300.00

USAO-002656

**PAYPAL ACCOUNT          2943**
**thejazzforlife@aol.com**
**TRANSACTIONS SENT TO JAZZ FOR LIFE BANK**
**ACCOUNT (FEB. 2011)**



PURCHASERS

$13,827.19

$13,827.19

PAYPAL
ACCOUNT

REVERSED
$4,527.19

$13,827.19

SUNTRUST
ACCOUNT

$9,300.00

LOSS TO PAYPAL

USAO-002657

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 07/30/2012 | 143703923 | 2795 | 3100.00 | 20120730 | 2937 |



GOVERNMENT
EXHIBIT
19



| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 12/10/2010 | 143366737 | 1130 | 150.00 | 20101210 | 3340 |

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 04/23/2012 | 143825445 | 2456 | 2500.00 | 20120423 | 4356 |



USAO-000245

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 01/28/2011 | 143645948 | 3445 | 100.00 | 20110128 | 4188 |

JOHN HENRIHAN

3445

Tax '25 11

Pay to the order of _Jazz For Life Foundation_ $ 100.00

_One hundred & no/100_ Dollars

BRANCH BANKING AND TRUST COMPANY
1-800-BANK BBT / BBANDT.COM

CLASSIC BANKING

For _donation_

⑆051404260⑆ 4188⑈03445 ⑆000001000⑇

4

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 11/18/2011 | 143346071 | 6291 | 50.00 | 20111118 | 9870 |

KEVIN L LITTLE
MUSA Y LITTLE
WASHINGTON, DC 20016-1162
202-258-0468

6291

11-17-2015

Pay to the Order of _Jazz For Life Foundation_ | $ 50.00

_Fifty and XX/100_ Dollars

God Bless America

USAA FEDERAL SAVINGS BANK
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 498-8722 1-800-531-8722

USAA

For _Donation_

⑆314074269⑆ ⑈9870⑈ 6291 ⑇000000 5000⑇

#43346071 NST17 "62273984 ⑇E000111389
00009063 1603 111118
U8KC41

http://iee.suntrust.com/iee/PrintViewer.jsp

01/24/2013

5

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20130110000330          SS
01/22/13 13:07:02 9 WEB JOBT30122130650
5416521 00+ 20101007     Y  07
800.00         ████████████8111      000000



GERARD SEABROOKS                                     129
WASHINGTON DC  20032-1423

PAY TO THE
ORDER OF

BankofAmerica



PAY TO THE ORDER OF
SUNTRUST
FOR DEPOSIT ONLY
JAZZ FOR LIFE FOUNDATION
8111

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 01/25/2011 | 143151550 | 6896 | 100.00 | 20110125 | 5401 |

P. S. SMITH
D. J. SMITH

6896

NORTH MANCHESTER, IN 46962

DATE 01/20/11

PAY TO THE ORDER OF  JAXZ FOR LIFE FOUNDATION   $ 100.00

ONE HUNDRED AND $00/100   DOLLARS

fIRST
First Financial Bank

MEMO  DONATION   To. Stanley Smith

⑆0422009102⑆   5401⑆ 6896   ⑈00000100000⑈

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

DEPOSIT Only

8/1/11

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 10/14/2010 | 143184483 | 1220 | 100.00 | 20101014 | 4355 |

JOHN R. TYLER JR
WASHINGTON, DC 20011

1220

Date 9/28/10

Pay to the Order of *The Jazz for Life Foundation* $ 100.00

*One hundred dollars + 00/100* Dollars

PNCBANK
PNC Bank, N.A.
Washington DC

For *Charity Fundraiser*

J. Tyler

⑈054000030⑈ 4355 1220 ⑈00000 l0000⑈

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 02/25/2011 | 143517940 | 2036 | 25.00 | 20110225 | 8265 |

PAMELA A. VENOR

2036

Date 2/5/11

Pay to the order of *Jazz for Life*   $ 2500

*Twenty five and 100* Dollars

Bank of America

Advantage

Memo *Cot to Jazz for life*   Pamela A. Venor

⑈05200163⑈ 8265⑈ 2036 ⑈ 0000002500⑈

Deposit Only

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20130110000330      SS
01/22/13 13:07:02 9 WEB JOBT30122130650
5416521 00+ 20101007    Y  07
800.00          ████████8111      000000

Rosie Walker
Beaufort, SC 29906-8718

1137

Date 10/6/10

Pay to the order of _Jazz for Life_                     $ 25.00

_Twenty five_                                 Dollars

Bank of America

For _donation_                    _R. Walker_

⑂053904483⑂ ████████9798⑈ 1137

JAZZ FOR LIFE FOUNDATION
8111
FOR DEPOSIT ONLY
SUNTRUST
PAY TO THE ORDER OF

| Capture Date | Sequence Number | Check Number | Amount | Posting Date | Posting Account |
|---|---|---|---|---|---|
| 03/20/2012 | 143530430 | 11241 | 2000.00 | 20120320 | 6672 |

**STRICKLY GREEN GRASS, L.L.C.**

011241

ALLEGIANCE BANK TEXAS
HOUSTON, TX 77040-6101

CYPRESS, TX 77429

3/13/2012

PAY TO THE ORDER OF : Jazz For Life Foundation

$ **2,000.00

Two Thousand and 00/100** DOLLARS

Jazz For Life Foundation
10301 Hughes Road
Silver Springs, MD 20903

MEMO

AUTHORIZED SIGNATURE

⑆011241⑆ ⑆57231⑆ 66 72⑆ ⑆0000200000⑆

COPY REFERENCE: 20130110000330      SS
01/22/13 13:06:50 103 WEB JOBD3012213064
8234464 00+ 20130109    Y  06
3000.00          ███████88111      000000



StrickScapes, Inc.
13121 Lovetta Rd. #1190
Cypress, TX 77429

StrickScapes
Commercial Landscaping & Irrigation

AllegianceBank
T E X A S
35-2572/1130

007142

1/7/2013

PAY TO THE ORDER OF   Ski Johnson                    $ **3,000.00

Three Thousand and 00/100*********************************************************** DOLLARS

StrickScapes
Commercial Landscaping & Irrigation

Ski Johnson

MEMO  2 Grammy Tickets

⑈007142⑈ ⑆█████5723⑈ ⑈█████4206⑈

FEDERAL RESERVE BOARD OF GOVERNORS

ENDORSE HERE
X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

\ 2

USAO-000236

| Name | Actual Loss | Attempted Loss | Additional restitution |
|---|---|---|---|
| All Aboard Travel | $1913.60 | | $4835.54 to Jill Hardy |
| Arkansas Lions Football program | $1050 | | |
| Big Sky Resort | $852.80 | | |
| Big Brothers Big Sisters of Gallatin County | $1795.78 | $6000 | |
| Claddagh Fund | $600 | | |
| Doug Davis Foundation | $1200 | | |
| Eco Golf Tournaments | $11,324.12 | $3000 | |
| George Rogers Foundation | $900 | | |
| Hilton Head Celebrity Golf Tournament | $1000 | | |
| Hospice of Palm Beach County | $13,695.75 | | |
| Leah McCammon Foundation | $6200 | | |
| PayPal | $9300 | $4527.19 | |
| Pleased Golf, Inc. | $10,000 | | |
| Riverside County Economic Development Agency | $60 | | |
| Mickey Steele Golf Classic | $500 | | |
| Special Kids Network | | $3000 | |
| | | | |
| Individual donors: | | | |
| Abyssina Baptist Church | $3100 | | |
| Alctre Barnett | $150 | | |
| Sandra Lee Hendry | $2500 | | |
| John Henrehan | $100 | | |
| Kevin Little | $50 | | |
| Gerard Seabrooks | $25 | | |
| ES Smith | $100 | | |
| Terry Stricklin | $5000 | | |
| John Tyler | $100 | | |
| Pamela Venor | $25 | | |
| Rosie Walker | $25 | | |
| | | | |
| Totals: | $71,567.05 | $16,527.19 | $4835.54 |

GOVERNMENT
EXHIBIT
20
CR 14-28-BU-DLC